```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | | |
|---|---|---|
| BRENDA HARDY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv1232-MHT |
| | ) | (WO) |
| MONTGOMERY WATER WORKS, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 27), it is the ORDER, JUDGMENT, and DECREE of the court that defendants Thomas Morgan, Charlene Wachs, Tom Melton, and Heather Kingare are dismissed without prejudice and terminated as parties, with costs taxed as paid. All claims against defendant Montgomery Water Works remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 9th day of February, 2015.**

                                 **/s/ Myron H. Thompson**
                              **UNITED STATES DISTRICT JUDGE**